IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEITH WAYNE QUINN,<br><br>　　　　　Defendant. | Case No. 91-cr-00608-MMC-1<br><br>**ORDER GRANTING IN PART AND DENYING IN PART LETTER REQUEST** |

Before the Court is the letter, dated July 13, 2023, from J. Engleman, Interim Warden at the Metropolitan Detention Center (MDC), Los Angeles, California, seeking (1) a 15-day extension of the period of commitment, to develop a history, diagnosis, and opinion, (2) an evaluation commencement date of July 10, 2023, and (3) submission of a report within three weeks of completion of the evaluation.

The Court having received, at the hearing conducted today's date, detailed information as to the basis for the first two of the above requests, said requests are hereby GRANTED. The third request, however, is hereby DENIED, and, in the absence of a further showing, the report shall be submitted within two weeks of completion of the evaluation.

**IT IS SO ORDERED.**

Dated: July 19, 2023

　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge